**Electronically Filed
Supreme Court
SCWC-24-0000082
28-MAR-2025
10:23 AM
Dkt. 29 ODAC**

SCWC-24-0000082

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

SIERRA CLUB,
Petitioner/Appellant-Appellant,

vs.

BOARD OF LAND AND NATURAL RESOURCES;
ALEXANDER AND BALDWIN, INC.;
EAST MAUI IRRIGATION COMPANY, LLC; and COUNTY OF MAUI,
Respondents/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000082; CASE NO. 1CCV-22-0000794)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins and Devens, JJ.,
and Circuit Judge Malinao, in place of Ginoza, J., recused)

Petitioner's Application for Writ of Certiorari, filed

on February 7, 2025, is hereby rejected.

DATED:  Honolulu, Hawai'i, March 28, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Clarissa Y. Malinao

